MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
HAMILTON MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL CASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>CUSTOMIZED PERFORMANCE INC. and HAMILTON MANAGEMENT, INC.,<br><br>    Defendants. | Case No. C08-02616 RS<br><br>**ANSWER OF DEFENDANT HAMILTON MANAGEMENT, INC. TO COMPLAINT FOR DAMAGES** |

Defendant Hamilton Management, Inc. ("Defendant") answers Plaintiff Rafael Castro's Complaint for Damages ("Complaint") as follows.

1. Answering the unnumbered paragraph of the Complaint labeled "Nature of Claim," Defendant admits that Plaintiff Rafael Castro ("Plaintiff") is seeking what the Complaint states he is seeking. Defendant further admits that Defendant Customized Performance Inc. employed Plaintiff on an hourly basis. Except as expressly admitted herein, Defendant denies each and every allegation contained in the unnumbered paragraph labeled "Nature of the Claim."

2. Answering Paragraph 1 of the Complaint, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 1, and on that basis, denies each and every allegation contained in Paragraph 1.

3. Answering Paragraph 2 of the Complaint, Defendant admits it is a California Corporation with a business address in Santa Clara County, California. Except as expressly admitted herein, Defendant denies each and every allegation contained in Paragraph 2.

4. Answering Paragraph 3 of the Complaint, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 3, and on that basis, denies each and every allegation contained in Paragraph 3.

5. Answering Paragraph 4 of the Complaint, Defendant admits that Defendant Customized Performance Inc. employed Plaintiff. Except as expressly admitted herein, Defendant denies each and every allegation contained in Paragraph 4.

6. Answering Paragraph 5 of the Complaint, Defendant denies that it employed Plaintiff. As to the remaining allegations of Paragraph 5, Defendant lacks sufficient information or knowledge to form a belief as to their truth, and on that basis, denies each and every remaining allegation of Paragraph 5.

7. Answering Paragraph 6 of the Complaint, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 6, and on that basis, denies each and every allegation contained in Paragraph 6.

8. Answering Paragraph 7 of the Complaint, Defendant denies that it employed Plaintiff. As to the remaining allegations of paragraph 7, Defendant can neither admit nor deny the allegations of this paragraph as they are unintelligible. The paragraph refers to "her" alleged duties. As a result, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 7, and on that basis, denies each and every remaining allegation of Paragraph 7.

9. Answering Paragraph 8 of the Complaint, Defendant denies that it employed Plaintiff. As to the remaining allegations of Paragraph 8, Defendant lacks sufficient information or knowledge to form a belief as to their truth, and on that basis, denies each and every remaining allegation of Paragraph 8.

10. Answering Paragraph 9 of the Complaint, Defendant realleges and incorporates by reference its responses previously made to Paragraphs 1 through 8, inclusive, above.

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. C08-02616 RS)   2.   **DEFENDANT HAMILTON MANAGEMENT, INC.'S ANSWER**

11.     Answering Paragraph 10 of the Complaint, Defendant denies that it employed Plaintiff. As to the remaining allegations of Paragraph 10, Defendant can neither admit nor deny the allegations of this paragraph as they are unintelligible. The paragraph refers to "Plaintiffs'" employment. As a result, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 10, and on that basis, denies each and every remaining allegation of Paragraph 10.

12.     Answering Paragraph 11 of the Complaint, Defendant denies each and every allegation contained in Paragraph 11.

13.     Answering Paragraph 12 of the Complaint, Defendant denies each and every allegation contained in Paragraph 12.

14.     Answering Paragraph 13 of the Complaint, Defendant can neither admit nor deny the allegations of this paragraph as they are unintelligible. The paragraph refers to "Plaintiffs' rights." As a result, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 13, and on that basis, denies each and every one of the allegations contained in Paragraph 13.

15.     Answering Paragraph 14 of the Complaint, Defendant denies each and every allegation contained in Paragraph 14.

16.     Answering Paragraph 15 of the Complaint, Defendant denies each and every allegation contained in Paragraph 15.

17.     Answering Paragraph 16 of the Complaint, Defendant denies each and every allegation contained in Paragraph 16.

18.     Answering Paragraph 17 of the Complaint, Defendant denies each and every allegation contained in Paragraph 17.

19.     Answering Paragraph 18 of the Complaint, Defendant realleges and incorporates by reference its responses previously made to Paragraphs 1 through 17, inclusive, above.

20.     Answering Paragraph 19 of the Complaint, Defendant denies that it employed Plaintiff. As to the remaining allegations of Paragraph 19, Defendant can neither admit nor deny the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

(NO. C08-02616 RS)                                3.                    DEFENDANT HAMILTON
                                                                        MANAGEMENT, INC.'S ANSWER

allegations of this paragraph as they are unintelligible. The paragraph refers to "Plaintiffs'" employment. As a result, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 19, and on that basis, denies each and every remaining allegation of Paragraph 19.

21. Answering Paragraph 20 of the Complaint, Defendant denies each and every allegation contained in Paragraph 20.

22. Answering Paragraph 21 of the Complaint, Defendant denies each and every allegation contained in Paragraph 21.

23. Answering Paragraph 22 of the Complaint, Defendant denies each and every allegation contained in Paragraph 22.

24. Answering Paragraph 23 of the Complaint, Defendant denies that it employed Plaintiff. As to the remaining allegations of Paragraph 23, Defendant can neither admit nor deny the allegations of this paragraph as they are unintelligible. The paragraph refers to "Plaintiffs'" rights. As a result, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 23, and on that basis, denies each and every remaining allegation of Paragraph 23.

25. Answering Paragraph 24 of the Complaint, Defendant denies each and every allegation contained in Paragraph 24.

26. Answering Paragraph 25 of the Complaint, Defendant denies each and every allegation contained in Paragraph 25.

27. Answering Paragraph 26 of the Complaint, Defendant realleges and incorporates by reference its responses previously made to Paragraphs 1 through 25, inclusive, above.

28. Answering Paragraph 27 of the Complaint, Defendant denies each and every allegation contained in Paragraph 27.

29. Answering Paragraph 28 of the Complaint, Defendant denies each and every allegation contained in Paragraph 28.

30. Answering Paragraph 29 of the Complaint, Defendant denies each and every

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. C08-02616 RS)   4.   DEFENDANT HAMILTON MANAGEMENT, INC.'S ANSWER

1 allegation contained in Paragraph 29.

2  31.  Answering Paragraph 30 of the Complaint, Defendant denies each and every allegation contained in Paragraph 30.

 32.  Answering Paragraph 31 of the Complaint, Defendant denies each and every allegation contained in Paragraph 31.

 33.  Answering Paragraph 32 of the Complaint, Defendant denies each and every allegation contained in Paragraph 32.

 34.  Answering Paragraph 33 of the Complaint, Defendant denies each and every allegation contained in Paragraph 33.

 35.  Answering Paragraphs 34 through 41, inclusive, of the Complaint, Defendant is not called upon to affirm or deny the "Prayer for Relief" contained in the Complaint, but affirmatively states there are no grounds in fact or law that warrant the granting of Plaintiff's prayer for relief. Accordingly, Defendant denies that Plaintiff is entitled to any of the relief requested.

### AFFIRMATIVE DEFENSES

#### FIRST AFFIRMATIVE DEFENSE

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that the Complaint, and each purported claim alleged therein, fails to state a claim upon which relief can be granted.

#### SECOND AFFIRMATIVE DEFENSE

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that Plaintiff's claims for relief are barred by the applicable statute(s) of limitations.

#### THIRD AFFIRMATIVE DEFENSE

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that Plaintiff's claims for relief are barred by the doctrine of laches.

#### FOURTH AFFIRMATIVE DEFENSE

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

(NO. C08-02616 RS)    5.    DEFENDANT HAMILTON MANAGEMENT, INC.'S ANSWER

cause of action, Defendant alleges that Plaintiff is barred from any and all recovery by virtue of his conduct constituting a waiver of each and every alleged claim for relief.

### FIFTH AFFIRMATIVE DEFENSE

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that Plaintiff is estopped by his own actions and conduct from seeking recovery on his claims for relief.

### SIXTH AFFIRMATIVE DEFENSE

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that Plaintiff's claims are barred by his unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges Plaintiff's claims are barred because Plaintiff approved, consented to, authorized and/or ratified the alleged conduct of Defendant complained of in the Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that Plaintiff has been paid all wages due and owing to him.

### NINTH AFFIRMATIVE DEFENSE

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that any failure, if any, to pay all wages due to Plaintiff was made in good faith and based upon reasonable grounds.

### TENTH AFFIRMATIVE DEFENSE

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that any failure to pay wages allegedly due to Plaintiff was based on a good faith dispute as to whether those wages were due.

### ELEVENTH AFFIRMATIVE DEFENSE

AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that Plaintiff has failed to mitigate his alleged damages, if any, by failing to take such actions as are reasonably necessary to minimize any loss that may have

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. C08-02616 RS)   6.   DEFENDANT HAMILTON MANAGEMENT, INC.'S ANSWER

been, or in the future may be, sustained.

## TWELFTH AFFIRMATIVE DEFENSE

AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that Plaintiff is not entitled to any penalty award under the California Labor Code, since there was no willful failure to comply with the compensation provisions of the California Labor Code by Plaintiff's employer, but rather, Plaintiff's employer acted in good faith and had reasonable grounds for believing that it had not violated those provisions.

## THIRTEENTH AFFIRMATIVE DEFENSE

AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to the second count entitled "Violation of CA Business and Professions Code Section 17200 Unfair Business Practices," Defendant alleges that Plaintiff may not recover damages or other legal relief for any alleged violation of California Business and Professions Code §§ 17200 *et seq*.

## FOURTEENTH AFFIRMATIVE DEFENSE

AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to the second count entitled "Violation of CA Business and Professions Code Section 17200 Unfair Business Practices," Defendant alleges Plaintiff is not entitled to restitution.

## FIFTEENTH AFFIRMATIVE DEFENSE

AS A FIFTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant alleges that Plaintiff has failed to state a claim for an award of attorney's fees or costs.

## SIXTEENTH AFFIRMATIVE DEFENSE

AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to the first count for Violation of the Fair Labor Standards Act, Defendant alleges that Plaintiff is not entitled to relief, as neither Plaintiff, Defendant, nor Defendant Customized Performance, Inc. are engaged in commerce or the production of goods for commerce.

## SEVENTEENTH AFFIRMATIVE DEFENSE

AS A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. C08-02616 RS)   7.   DEFENDANT HAMILTON MANAGEMENT, INC.'S ANSWER

every cause of action, Defendant alleges that Plaintiff's alleged injury and damage, if any, are due to the actions or omissions of parties or third parties other than Defendant, and to no fault or culpability on the part of Defendant.

### EIGHTEENTH AFFIRMATIVE DEFENSE

AS A EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendant has insufficient knowledge or information on which to form a belief as to whether it may have additional, but as yet unstated, affirmative defenses available to it. Defendant, therefore, reserves the right to assert additional affirmative defenses in the event discovery and/or investigation indicate such defenses are available.

WHEREFORE, Defendant prays for Judgment as follows:

1. That Plaintiff taken nothing by reason of his Complaint, that the Complaint be dismissed in its entirety with prejudice, and that judgment be entered for Defendant;

2. That Defendant be awarded its reasonable costs and attorney's fees; and

3. That Defendant be awarded such other and further relief as the Court deems just and proper.

Dated: July 15, 2008

/s/
MICHAEL E. BREWER
ANNE-MARIE WAGGONER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HAMILTON MANAGEMENT, INC.

Firmwide:85878524.1 060289.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. C08-02616 RS)    8.    DEFENDANT HAMILTON MANAGEMENT, INC.'S ANSWER