```
PAUL V. SIMPSON, BAR NO. 83878
psimpson@sgilaw.com
TIMOTHY P. O'DONNELL, BAR NO. 185492
todonnell@sgilaw.com                              *E-FILED 9/9/08*
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861

Attorneys for Defendant
Customized Performance Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CASTRO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CUSTOMIZED PERFORMANCE INC., AND HAMILTON MANAGEMENT, INC.,<br><br>　　　　　　Defendants. | Case No. C-08-02616 RS<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |

Defendant Hamilton Management, Inc. makes the following substitution of attorneys:

Former Legal Representative:　　　　Michael E. Brewer, Esq.
　　　　　　　　　　　　　　　　　　Anne-Marie Waggoner, Esq.
　　　　　　　　　　　　　　　　　　Littler Mendelson P.C.
　　　　　　　　　　　　　　　　　　1255 Treat Blvd., Suite 600
　　　　　　　　　　　　　　　　　　Walnut Creek, CA 94597
　　　　　　　　　　　　　　　　　　Telephone: (925) 932-2468
　　　　　　　　　　　　　　　　　　Fax: (925) 946-9809

New Legal Representative:　　　　　Paul V. Simpson, Esq.
　　　　　　　　　　　　　　　　　　Timothy P. O'Donnell, Esq.
　　　　　　　　　　　　　　　　　　Simpson, Garrity & Innes P.C.
　　　　　　　　　　　　　　　　　　601 Gateway Boulevard, Suite 950
　　　　　　　　　　　　　　　　　　South San Francisco, CA  94080
　　　　　　　　　　　　　　　　　　Telephone:  (650) 615-4860
　　　　　　　　　　　　　　　　　　Fax:  (650) 615-4861

1  As reflected in the attached proof of service, notice of the substitution has been provided to
2  all parties who have appeared in the case.

3

4      X   I consent to this substitution.

5

6  Dated: September 5, 2008                    /s/
                                               Joyce Yamagiwa
7                                              President
                                               Hamilton Management, Inc.
8

9
       X   I consent to this substitution.
10

11
   Dated: September 5, 2008                    /s/
12                                             Anne-Marie Waggoner
                                               Littler Mendelson, P.C.
13                                             (Former Attorneys)

14

15     X   I accept this substitution.

16

17 Dated: September 9, 2008                    /s/
                                               Timothy P. O'Donnell
18                                             Simpson, Garrity & Innes P.C.
                                               (New Attorneys)
19

20

21

22 I approve the substitution of attorneys reflected herein.

23 IT IS SO ORDERED:

24
         September 9, 2008
25 Date:_____          _____
                                        Magistrate Judge Richard Seeborg
26

27

28
   {CLIENT FILES\31015\2\00095050.DOC}                                    - 2 -
                           SUBSTITUTION OF ATTORNEY
                              CASE NO. C-08-02616 RS

I, Diana L. Prisk certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California, 94080, which is located in the City, County and State where the mailing described below took place

On Sept 9, 2008, I placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California, a copy of the following documents:

**SUBSTITUTION OF ATTORNEY**

on:

Attorney for Plaintiff Rafael Castro
James Dal Bon, Esq.
LAW OFFICES OF JAMES DAL BON
28 North 1st Street, Suite 210
San Jose, CA 95113
Telephone: (408) 297-4729
Fax: (408) 297-4728
jdblaw@earthlink.net

Attorneys for Defendant Hamilton Management, Inc.
Michael E. Brewer, Esq.
Anne-Marie Waggoner, Esq.
LITTLER MENDELSON P.C.
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone: (925) 932-2468
Fax: (925) 946-9809
MBrewer@littler.com
AWaggoner@littler.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept 9, 2008

          /s/ Diana L. Prisk
          Diana L. Prisk