**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**\*E-FILED\***
**December 3, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RAFAEL CASTRO,

       Plaintiff,

v.

CUSTOMIZED PERFORMANCE, INC., et al.

       Defendants.
_____/

No. C 08-02616 RS

**ORDER RE: SETTLEMENT;
STAND-BY ORDER TO SHOW
CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **February 25, 2009**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 4, 2009 at 9:30 a.m.** and show cause why the case should not be dismissed.

      Failure to comply with this Order may result in dismissal of the case.

      IT IS SO ORDERED.

Dated: December 3, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon     jdblaw@earthlink.net

Paul Vincent Simpson     psimpson@sgilaw.com, Diana@sgilaw.com, jchan@sgilaw.com, TOdonnell@sgilaw.com

Timothy Patrick O'Donnell     todonnell@sgilaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 3, 2008

                                   /s/ BAK
                                     Chambers of Magistrate Judge Richard Seeborg